TOWN OF BLOOMFIELD, Appellee, v. L. C. MCAVOY, Appellant.

Criminal Cause: APPEAL: RECORD.

*Appeal from Davis District Court.*—HON. CHARLES D. LEGGETT, Judge.

THURSDAY, OCTOBER 19, 1893.

BY THE COURT.—The defendant was convicted in mayor's court of a violation of an ordinance of the town of Bloomfield, and appealed to the district court, in which he was again found guilty. From the judgment of that court he appeals. The cause is submitted in this court without argument for either party, on a transcript which shows that the defendant was tried in the district court by jury, and found guilty as charged in the information. A new trial was asked on the grounds that the verdict was contrary to the evidence, and contrary to the instructions of the court, and was denied. The transcript submitted does not contain the evidence nor the instructions, and there is nothing before us to indicate that there was any error in the proceedings, prejudicial to the defendant.

The judgment of the district court is therefore AFFIRMED.

---

THE STATE OF IOWA, Appellee, v. JOHN NEWMAN, Appellant.

Nusiance: CONVICTION: APPEAL.

*Appeal from Polk District Court.*

THURSDAY, OCTOBER 19, 1893.

THE defendant was indicted and convicted of the crime of nuisance, and judgment entered against him, from which he appeals.—*Affirmed.*

No appearance for appellant.

*John Y. Stone,* Attorney General, for the State.

BY THE COURT.—The case was submitted upon a partial transcript, showing the indictment, judgment, notice of appeal, and appeal bond. We do not discover any error in the record before us. The judgment of the district court is therefore AFFIRMED.